COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Victor Keith Wilson v. The State of Texas

Appellate case number:    01-18-00509-CR

Trial court case number:  95CR0904

Trial court:                       10th District Court of Galveston County

Appellant appeals from the denial of his motion for post-conviction DNA testing. Appellant's court-appointed counsel has filed a motion to withdraw along with a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant filed a pro se response. Although the supplemental record indicates that a copy of the record was sent to appellant by the trial court clerk, appellant subsequently asserted that he did not receive a copy of the record and that his pro se response was filed without the record. Another copy of the record was ordered to be provided to appellant and appellant was granted an additional extension of time to amend his pro se response. The record demonstrates that appellant has been provided another copy of the record.

Appellant now requests additional documents from the underlying trial that were not included in the appellate record. The motion is **denied**. The additional documents requested by appellant are neither necessary nor relevant to filing a pro se response to counsel's *Anders* brief in this appeal from the denial of post-conviction DNA testing. To the extent that appellant still desires to amend his pro se response, an amended response must be filed no later than **30 days** from the date of this order. No further extensions will be granted.


It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau____
                                        Acting individually


Date:  ___July 9, 2019___